874 A.2d 1149

**Edward SCHAPPELL, D.C., on Behalf of Himself and all others Similarly Situated, Petitioner**

**v.**

**MOTORISTS MUTUAL INSURANCE COMPANY, State Farm Automobile Insurance Company and GEICO Corporation, Respondents.**

Supreme Court of Pennsylvania.

May 17, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of May 2005, the Petition for Allowance of Appeal is GRANTED, limited to the following issue:

Whether under the Motor Vehicle Financial Responsibility Law (75 Pa.C.S. § 1701 *et seq.*), a medical provider has a private right of action to recover interest on late-paid payments from insurance companies or are they restricted to an administrative remedy pursuant to 31 Pa.Code § 69.26?